```
                        UNITED STATES BANKRUPTCY COURT
                          SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION AT DAYTON

IN RE:                                             : CASE NO: 05-36699
MARK O. FIELDS SR.        & DANA FIELDS            :      (Chapter 13)
3413 PIEDMONT AVENUE        3413 PIEDMONT AVENUE   : JUDGE L. S. WALTER
                                                   :
DAYTON OH                   DAYTON OH              :
            45416-0000                 45416-0000  :
--------------------------------------------------------------------------
                  MODIFICATION OF PLAN PRIOR TO CONFIRMATION
--------------------------------------------------------------------------
The debtor modifies the unconfirmed plan at the meeting of creditors to provide
as follows:

____   The length of the plan shall change from approximately      months to
        approximately       months.

____   The dividend on unsecured claims will change from    % to    %.

____   The plan payments will change from          to         per month.

____   The debtor shall keep the trustee informed as to any change in the
        status of any claim for personal injury, worker's compensation, social
        security or any other claim to which debtor may be entitled. Before the
        claim can be settled and distributed, the debtor must comply with all
        requirements for filing applications and motions for settlement with
        the court as required by the Bankruptcy Code and Local Rules. These
        funds shall be treated as additional plan payments or as the court so
        otherwise orders. The debtor's case will not complete until the claim
        has been settled and shall remain open for administrative purposes until
        the claim has been paid into the plan or the court so otherwise orders.

_X__   All future federal tax refunds for the years of 2005, 2006 and 2007
        shall be additional plan payments.




_/s/ MARK O. FIELDS SR._____     _/s/ LESTER R THOMPSON_____
MARK O. FIELDS SR.                       LESTER R THOMPSON
Debtor                                   Attorney for Debtor

_/s/ DANA FIELDS_____
DANA FIELDS
Debtor

A copy of this document will be served on The Office of the U. S. Trustee,
170 N. High St., Suite 200, Columbus, OH  43215 by the Chapter 13 Trustee.

                              0803ML686_096014
                                    ###
```