```
                    UNITED STATES BANKRUPTCY COURT
                      SOUTHERN DISTRICT OF OHIO
                      WESTERN DIVISION AT DAYTON

IN RE:                                              : CASE NO: 05-36699
MARK O. FIELDS SR.       & DANA FIELDS              :      (Chapter 13)
3413 PIEDMONT AVENUE       3413 PIEDMONT AVENUE     : JUDGE L. S. WALTER
                                                    :
DAYTON OH                  DAYTON OH                :
           45416-0000                 45416-0000    :
-------------------------------------------------------------------------
            AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
-------------------------------------------------------------------------
```

The debtor elects all exemptions to which the debtor is entitled under § 2329.66 O.R.C. or otherwise available under applicable non-bankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition or for a longer part of the 180 day period than any other place. The debtor does not claim any exemption in any amount greater than permitted by the applicable exemption law.

Any exemption allowable pursuant to § 2329.66(A)(12) O.R.C. for reparations, wrongful death, personal bodily injury or loss of future earings will be limited in amount to the extent provided by said section and the debtor will claim the amount exempt by an amended Schedule C before receiving the award or payment and objections may then be made to the claimed exemption

This amended Schedule C supercedes all previously claimed exemptions.

```
                              _/s/ LESTER R THOMPSON_____
                              LESTER R THOMPSON
                              Attorney for Debtor(s)

                              _/s/ MARK O. FIELDS SR._____
                              Debtor

                              _/s/ DANA FIELDS_____
                              Debtor
```

```
                          Certificate of Service                    05-36699
I hereby certify that a copy of the attached was served by electronic service
or was mailed by first class mail to each of the following on the date of
the electronic filing.
MARK O. & DANA FIELDS SR.           3413 PIEDMONT AVENUE
                                      DAYTON OH                  45416-0000
LESTER R THOMPSON                   1340 WOODMAN DR
                                      DAYTON OH                  45432-0000
OFFICE OF THE U S TRUSTEE           170 NORTH HIGH ST
  SUITE 200                           COLUMBUS OH                43215-0000

                    Jeffrey M. Kellner  BY _/s/ Jeffrey M. Kellner_

                         0803ML782_096147
                                ###
```