**UNITED STATES BANKRUPTCY COURT**
**Southern District of Ohio (Dayton)**

| | |
|---|---|
| In re: | Case No: 05-36699 |
| MARK O. FIELDS AND DANA FIELDS | Chapter: 13 |
| *Debtor(s)* | Judge: Lawrence S. Walter |
| | Loan # Last 4: 4008 |

# NOTICE OF PAYMENT CHANGE
## AS TO MORTGAGE PROOF OF CLAIM

Name of Creditor: Chase Home Finance, LLC.

Address of Creditor: 3415 Vision Drive (OH4-7302)

Columbus, OH 43219

Court Claim Number: 7

Address of Property: 3413 PIEDMONT DAYTON, OH 45416-0000

**In accordance with the terms of the Adjustable Rate Mortgage, this is notification that the Interest Rate Payment Amount is adjusting as follows:**

Payment Adjustment Date: September 01, 2010

Current Monthly Payment Amount:

Old Interest Rate:

New Interest Rate:

**New Principal and Interest Payment:**

**If there is a change in the escrow amount (taxes or insurance), the change is for the following reasons:**

Old Escrow Amount: $540.44

New Escrow Amount: $433.26

New Monthly Payment Including Escrow: $1,333.13

**Attached is a copy of the annual escrow account statement outlining the basis for the change.**

**Any questions should be directed to:**

| | |
|---|---|
| Specific Contact Information: | Chase Home Finance, LLC. |
| Annette Gage | 3415 Vision Drive (OH4-7302) |
| Bankruptcy Supervisor | Columbus, OH 43219 |
| Phone: 843-673-3506 | 800-848-9380 |
| Fax: 866-270-2086 | |
| | Date: July 29, 2010 |
| | By: /s/ Melba Arredondo |
| | Assistant VP |

207872-09c8fadd-72a9-4865-ad8b-cad9559335e3

# CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2010, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and via filing with the US Bankruptcy Court's CM ECF system.

Debtor:

Mark O. Fields, Sr.
Dana Fields
3413 Piedmont Avenue
Dayton, OH 45416

Debtor's Attorney:

Lester R Thompson
1340 Woodman Drive
Dayton, OH 45432

Trustee:

Jeffrey M Kellner
131 N Ludlow St
Suite 900
Dayton, OH 45402

/s/ Bill Taylor

As Authorized Filing Agent for Filer

207872-cc2210b7-d623-479c-8e1e-5ae2e0bc632f

Chase
Customer Care: Toll free 800-848-9136 Se habla español
Hearing Impaired (TDD): 800-582-0542

# Annual Escrow Account Statement

| | |
|---|---|
| Statement Date: | June 23, 2010 |
| Review Period: | September 2009 to August 2010 |
| Your Loan Number: | ▬▬▬▬▬ |

#BWNCLNN
#2930739004900894#
20102906 E
MARK O FIELDS
3413 PIEDMONT AVE
DAYTON OH 45416-2111

**Important Message**

If you are in bankruptcy or have been discharged in bankruptcy, this letter is for informational purposes only and is not intended as an attempt to collect a debt or as an act to collect, assess, or recover all or any portion of the debt from you personally. If your payments are being made through a bankruptcy trustee, please provide this information statement to the trustee.

This amount does not reflect any actual shortage that might have been included in any pre-petition arrearage bankruptcy claim.

## Monthly Home Loan Payment

| | Current | New Payment (effective 09/01/10) |
|---|---|---|
| Principal & Interest | $ 899.87 | $ 899.87 |
| Escrow Account Deposit | $ 540.44 | $ 433.26 |
| Total Payment Amount | $ 1,440.31 | $ 1,333.13 |

To determine your Escrow Account Deposit for your new payment, we project the amounts to be paid out of your Escrow Account as described on the back of this page. Your monthly Escrow Account Deposit will reflect any change in the amount of the bills paid since your last analysis. Please compare the Current and New Payment breakdowns to the left.

**Our calculations also show that your Escrow Account is currently not in balance; there is a surplus of $886.96.**

## Your Escrow Refund Check

Because your Escrow Account has more money than was needed, your account has a surplus of $886.96. In order to bring your Escrow Account into balance, we are returning the surplus to you.

7760    J6G    001   07   0   291006    PAGE 1 of 5                                              156-E

## CHASE ◆                    156-E        S U R P L U S

| | |
|---|---|
| Customer Loan Number: ▬▬▬▬ | Surplus Amount:        $886.96 |
| Customer Name: MARK O FIELDS | |

Your escrow surplus of $886.96 will automatically be mailed under separate cover within twenty business days.

Loan Number

### Balancing Your Escrow Account

The front of this statement shows that you have an Escrow Account Surplus of $886.96. How was this determined?

Your previous year's activity is used to estimate the deposit and disbursement activity in your Escrow Account and project your lowest account balance for the year ahead. Your projected lowest account balance is compared to your minimum required balance as shown in the Escrow Account Balancer below these paragraphs. This determines the amount required to bring your Escrow Account into balance.

Since taxes and insurance premiums often go up, we require that you maintain a minimum required balance in your account at all times to prevent a negative balance in your account.

As shown in the information in the box and graph below, you will reach your lowest account balance of $638.61 in July 11. This is subtracted from your minimum required balance of $762.50 resulting in an Escrow Account Surplus of $886.96.

**In order to bring your Escrow Account into balance, we are returning the surplus to you.**

| Escrow Account Balancer | | |
|---|---|---:|
| Minimum Required Balance | $ | 762.50 |
| Less: Lowest Account Balance (Jul 11) | $ | 638.61 |
| **Annual Account Balancer/Surplus** | $ | 886.96 |
| **Monthly Account Balancer/Surplus** | $ | 0.00 |

### Projected Escrow Account Balance

The graph below shows your projected Escrow Account Balance for the next 12 months with your new monthly Escrow Account Deposit of $433.26 and the "Anticipated Escrow Account Payments" chart shown on the next page. Your projected beginning escrow balance of $1,019.90 is based on anticipated deposits and disbursements.



Lowest Account Balance is $638.61 which
is $886.96 above the Minimum Required Balance

 

Loan Number ███

| Anticipated Escrow Account Payments | | | | | |
|---|---|---|---|---|---|

This section reflects the escrow activity that is expected to occur in the next 12 months. The "Total Tax and Insurance Monthly Payment Amount" at the bottom of this chart is your new monthly escrow deposit, as listed on page 1 of this statement.

| TAX | | | INSURANCE | | |
|---|---|---|---|---|---|
| Item | Annual Expense | Anticipated Date(s) of Payment | Item | Annual Expense | Anticipated Date(s) of Payment |
| COUNTY TAX | $ 1,897.52 | January 11 | MORTGAGE INS | $ 52.01 | September 10 |
| COUNTY TAX | $ 1,897.52 | July 11 | MORTGAGE INS | $ 52.01 | October 10 |
| | | | MORTGAGE INS | $ 52.01 | November 10 |
| | | | MORTGAGE INS | $ 52.01 | December 10 |
| | | | MORTGAGE INS | $ 52.01 | January 11 |
| | | | MORTGAGE INS | $ 52.01 | February 11 |
| | | | MORTGAGE INS | $ 52.01 | March 11 |
| | | | MORTGAGE INS | $ 52.01 | April 11 |
| | | | MORTGAGE INS | $ 52.01 | May 11 |
| | | | MORTGAGE INS | $ 52.01 | June 11 |
| | | | MORTGAGE INS | $ 52.01 | July 11 |
| | | | FIRE/HOMEOWN | $ 780.00 | July 11 |
| | | | MORTGAGE INS | $ 52.01 | August 11 |
| **TOTAL TAX AND INSURANCE MONTHLY PAYMENT AMOUNT = $** | | **433.26** | | | |

Loan Number ▓▓▓▓▓▓▓

### Escrow Account History for the Prior Payment Period

The following is a comparison of the anticipated and actual Escrow Account activity for the previous payment period. Anticipated amounts are taken from your last analysis. Your most recent monthly payment during the past year was $1,440.31, of which $899.87 was for principal and interest and $540.44 went into your Escrow Account.

At the time of your last analysis, your anticipated lowest balance was $753.58. In reviewing your account activity, your actual low escrow balance was $-365.79.

**Note:** An asterisk (*) in the chart below indicates a difference between what actually occurred and what was anticipated. This difference may be due to a change in Escrow items such as an increase in your insurance premium or a change in the due date of your property tax. Insurance and Tax payments may be disbursed before their due dates to allow for more mail and posting time at the insurance company or tax office. An "E" in the chart below indicates expected activity.

| Month | Deposits to Escrow (credits to escrow) Anticipated | Actual | Payments from Escrow (debits from escrow) Anticipated | Actual | Description | Escrow Balance Projected | Actual |
|---|---|---|---|---|---|---|---|
| Starting Balance | | | | | | 1,130.33 | 259.57- |
| Sep 09 | 429.90 | * | 53.11 | * | MORTGAGE INS | 1,507.12 | 259.57- |
| Sep 09 | | | | 53.11 * | MORTGAGE INS | 1,507.12 | 312.68- |
| Oct 09 | 429.90 | * | 53.11 | * | MORTGAGE INS | 1,883.91 | 312.68- |
| Oct 09 | | | | 53.11 * | MORTGAGE INS | 1,883.91 | 365.79- |
| Nov 09 | 429.90 | 1,621.32 * | 53.11 | * | MORTGAGE INS | 2,260.70 | 1,255.53 |
| Nov 09 | | | | 53.11 * | MORTGAGE INS | 2,260.70 | 1,202.42 |
| Dec 09 | 429.90 | * | 53.11 | * | MORTGAGE INS | 2,637.49 | 1,202.42 |
| Dec 09 | | | | 53.11 * | MORTGAGE INS | 2,637.49 | 1,149.31 |
| Jan 10 | 429.90 | 540.44 * | 53.11 | 51.92 * | MORTGAGE INS | 3,014.28 | 1,637.83 |
| Jan 10 | | | 1,870.72 | 1,898.76 * | COUNTY TAX | 1,143.56 | 260.93- |
| Jan 10 | | | | 53.11 * | MORTGAGE INS | 1,143.56 | 314.04- |
| Feb 10 | 429.90 | 540.44 * | 53.11 | * | MORTGAGE INS | 1,520.35 | 226.40 |
| Mar 10 | 429.90 | 540.44 * | 53.11 | 52.01 * | MORTGAGE INS | 1,897.14 | 714.83 |
| Mar 10 | | | | 52.01 * | MORTGAGE INS | 1,897.14 | 662.82 |
| Apr 10 | 429.90 | 540.44 * | 53.11 | 52.01 * | MORTGAGE INS | 2,273.93 | 1,151.25 |
| May 10 | 429.90 | 540.44 * | 53.11 | * | MORTGAGE INS | 2,650.72 | 1,691.69 |
| Jun 10 | 429.90 | 1,080.88 E | 53.11 | E | MORTGAGE INS | 3,027.51 | 2,772.57 |
| Jun 10 | | | | 52.01 * | MORTGAGE INS | 3,027.51 | 2,720.56 |
| Jun 10 | | | | 1,897.52 * | COUNTY TAX | 3,027.51 | 823.04 |
| Jul 10 | 429.90 | 540.44 E | 53.11 | 52.01 E | MORTGAGE INS | 3,404.30 | 1,311.47 |

***CONTINUED ON NEXT PAGE***

**Loan Number** ▬

| Month | Deposits to Escrow (credits to escrow) | | Payments from Escrow (debits from escrow) | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| | Anticipated | Actual | Anticipated | Actual | Description | Projected | Actual |
| ***CONTINUED FROM PREVIOUS PAGE*** | | | | | | | |
| Jul 10 | | | 1,870.72 | * | COUNTY TAX | 1,533.58 | 1,311.47 |
| Jul 10 | | E | 780.00 | 780.00  E | FIRE/HOMEOWN | 753.58 | 531.47 |
| Aug 10 | 429.90 | 540.44  E | 53.11 | 52.01  E | MORTGAGE INS | 1,130.37 | 1,019.90 |
| Total | 5,158.80 | 6,485.28 | 5,158.76 | 5,205.81 | | | |