UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-36699 |
|---|---|
|    MARK O. FIELDS SR. | (Chapter 13) |
|    DANA FIELDS | |
| Debtors | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4067227**

| Ct / Tee Claim # | Address | Amount |
|---|---|---:|
| 13/ 9 | BANK OF AMERICA NA USA<br>BOX 2278<br>NORFOLK, VA  23501 | 2,556.50 |

         /s/ Jeffrey M. Kellner
         Jeffrey M. Kellner  0022205
         Chapter 13 Trustee
         131 N LUDLOW ST   SUITE 900
         DAYTON, OH  45402-1161
         (937)222-7600   Fax (937)222-7383
         email: chapter13@dayton13.com

         Dated: 3/31/2011

Certificate of Service                05-36699

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

MARK O. FIELDS SR.
DANA FIELDS
3413 PIEDMONT AVENUE
DAYTON, OH  45416

LESTER R THOMPSON
1340 WOODMAN DR
DAYTON, OH  45432

(44.1n)
B FIRST LLC
MAIL STOP 550
2101 FOURTH AVENUE SUITE 1030
SEATTLE, WA  98121

(9.1)
BANK OF AMERICA NA USA
BOX 2278
NORFOLK, VA  23501

(52.1n)
CHASE HOME FINANCE LLC
3415 VISION DRIVE
MAILSTOP: OH4-7302
COLUMBUS, OH  43219

(47.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(50.1n)
JOE M LOZANO JR
9441 LBJ FREEWAY
SUITE 350
DALLAS, TX  75243

(40.1n)
LAURA R FAULKNER
525 VINE ST
SUITE 800
CINCINNATI, OH  45202

(53.1n)
LINH TRAN
2101 FOURTH AVE
SUITE 900
SEATTLE, WA  98121

(45.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

(46.1n)
ROSWELL PROPERTIES LLC
100 NORTH CENTER ST
NEWTON FALLS, OH  44444

(54.1n)
TYLER B JONES
BRICE VANDER LINDEN & WERNICK
9441 LBJ FREEWAY  SUITE 250
DALLAS, TX  75243

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      sv