Form 313od

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Ohio**
**120 West Third Street**
**Dayton, OH 45402–1819**

---

In Re:
Mark O. Fields Sr.
Dana Fields
    Debtor(s)

Case No.: 3:05–bk–36699

SSN/TAX ID:
  xxx–xx–3620   xxx–xx–7689

Chapter: 13

---

**DISCHARGE OF DEBTOR**

An Order for Relief having been entered in the case of individual above named, a plan having been confirmed by the Court, all payments under the plan having been completed by the debtor, it is hereby ordered:

The debtor is hereby discharged from all debts provided for by the plan or disallowed under 11 U.S.C. Section § 502, except any debt:

    (a) provided for under 11 U.S.C. § 1322(b)(5);

    (b) of the kind specified in the 11 U.S.C. Section § 523(a),(8), or (9);

    (c) for restitution included in a sentence on the debtor's conviction of a crime as provided by 11 U.S.C. § 1328(a)(3);

    (d) based on an allowed claim filed under 11 U.S.C. § 1305(a)(2) if prior approval by the trustee of the debtor's incurred such debt was practicable and was not obtained.

2. It is further ordered that the commencement, continuation, or employment of any action, process or act to collect, recover, or offset as a personal liability of the debtor or from property of the debtor any debt discharged under Title 11, United States Code, be and it hereby is enjoined, except any debt on which the Court has approved a written waiver of discharge executed by the debtor subsequent to the order of relief.

Dated: 5/13/11 at Dayton, Ohio

BY THE COURT:

*L. S. Walter*

Lawrence S. Walter
United States Bankruptcy Judge